**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00449-LTB-CBS

TILE IMPORTS, LLC d/b/a CAPCO TILE AND STONE, a Colorado limited liability company,
    Plaintiff,

v.

LOUISIANA TRANSPORTATION, INC., a Michigan corporation,
    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    This will confirm that the matter is set for trial to a jury for four (4) days commencing **July 10, 2006 at 8:30 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado. A final trial preparation conference is set **June 15, 2006 at 8:00 a.m.**


Dated:  June 29, 2005
_____