**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0499-REB-CBS

LONNIE R. COX, on behalf of himself and others similarly situated,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On September 27, 2005, the parties filed a **Stipulated Motion to Dismiss With Prejudice** [#28]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice** [#28], filed on September 27, 2005, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay his own attorney fees and costs;

4. That the Trial Preparation Conference set for June 23, 2006, is **VACATED**; and

5.  That the jury trial set to commence July 3, 2006, is **VACATED**.

Dated September 28, 2005, at Denver, Colorado.

>                              BY THE COURT:
>
>
>                              s/ Robert E. Blackburn
>                              Robert E. Blackburn
>                              United States District Judge